Opinion by CLINE, J. It was stipulated that the merchandise is similar in all material respects ·to that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303), which record was admitted in evidence herein. In accordance therewith certain items of the merchandise were held entitled to free entry under paragraph 1705 as kelp and other items were held dutiable at 10 percent under paragraph 1540 as seaweeds, manufactured.

**No. 50552.**—Protests 47247–K, etc., of American Customs Brokerage Co., Ltd., et al. (Honolulu).

Opinion by CLINE, J. It was stipulated that the merchandise is similar in all material respects to that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303), which record was admitted in evidence herein. In accordance therewith certain items of the merchandise were held entitled to free entry under paragraph 1705 as kelp and other items were held dutiable at 10 percent under paragraph 1540 as seaweeds, manufactured.

**No. 50553.**—Protests 81463–K, etc., of Hilo Rice Mill Co., Ltd., et al. (Honolulu).

Opinion by CLINE, J. It was stipulated that the merchandise is similar in all material respects to that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303), which record was admitted in evidence herein. In accordance therewith certain items of the merchandise were held entitled to free entry under paragraph 1705 as kelp and other items were held dutiable at 10 percent under paragraph 1540 as seaweeds, manufactured.

**No. 50554.**—Protests 987698–G, etc., of Tsudama Co. (San Francisco).

Opinion by CLINE, J. It was stipulated that the merchandise is similar in all material respects to that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303), which record was admitted in evidence herein. In accordance therewith certain items of the merchandise were held entitled to free entry under paragraph 1705 as kelp and other items were held dutiable at 10 percent under paragraph 1540 as seaweeds, manufactured.

**No. 50555.**—Protests 69130–K, etc., of Daimaru Co. et al. (San Francisco).

Opinion by CLINE, J. In view of the stipulation and the cited authorities, which records were admitted in evidence herein, the merchandise in question was held dutiable as follows: (1) Certain items similar in all material respects to those the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303), were held entitled to free entry under paragraph 1705 as kelp, and other items were held dutiable at 10 percent under paragraph 1540 as seaweeds, manufactured; and (2) merchandise the same as that the subject of *Enbun* v. *United States* (19 C. C. P. A. 79, T. D. 45224) was held dutiable at 1¼ cents per pound under paragraph 717 (c) as dried fish.

**No. 50556.**—Protest 36831–K of S. Hata Shoten, Ltd. (Honolulu).